

No. 77–568. MARYLAND v. KIDD. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 77–534. CHASE v. WALD ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari. 

No. 77–576. EDWARDS ET AL. v. NEW YORK TIMES CO. ET AL. C. A. 2d Cir. Motions of Accuracy in Media, Inc., and Pacific Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 77–5553. BROCK v. TEXAS. Ct. Crim. App. Tex.; and
No. 77–5620. YOUNG v. GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 77–5553, 556 S. W. 2d 309; No. 77–5620, 239 Ga. 53, 236 S. E. 2d 1.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 76–1793. SANDERS v. KANSAS, *ante,* p. 833;
No. 76–6966. SILO v. KANE, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL., *ante,* p. 852;
No. 77–265. HIGGINBOTTOM v. BLUMENTHAL, SECRETARY OF THE TREASURY, *ante,* p. 921;
No. 77–295. RAFFERTY ET AL. v. MARCIN, *ante,* p. 899;
No. 77–328. TRAFFICANTE v. UNITED STATES, *ante,* p. 922; and
No. 77–331. MILLS v. ELECTRIC AUTO-LITE CO. ET AL., *ante,* p. 922. Petitions for rehearing denied.